05CV402mrx
cvmhrg (January 10, 2002)

HONORABLE _____ Droney

DEPUTY CLERK _____ RPTR/ERO/TAPE Marshall

TOTAL TIME: ___ hours ___ minutes

DATE 2-11-09     START TIME 2:00    END TIME 3:10
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

Miller

CIVIL NO. 05CV402 (CFD)

Miller - pro-se
Plaintiffs Counsel

vs.

☐ SEE ATTACHED CALENDAR FOR COUNSEL

Praxair

Alexander
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ Motion Hearing         ☐ Confirmation Hearing    ☐ Show Cause Hearing
☐ Contempt Hearing       ☐ Evidentiary Hearing     ☐ Judgment Debtor Exam
☐ Probable Cause Hearing ☐ Fairness Hearing        ☐ Settlement Hearing
☐ Miscellaneous Hearing

MOTION DOCUMENT NO.

☒ ... #271 Motion for Summary Judgment — ☐ granted ☐ denied ☒ advisement
☒ ... #273 Motion for Summary Judgment — ☐ granted ☐ denied ☒ advisement